**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEON THOMAS, JR.,

Plaintiff

v.

UNITED STATES FEDERAL GOVERNMENT,

Defendant

Case No.: 2:26-cv-00576-APG-MDC

**Order Granting Unopposed Motion to Dismiss and Closing Case**

[ECF No. 24]

Defendant United States of America (named as the United States Federal Government in the second amended complaint at ECF No. 21) moves to dismiss the amended complaint as delusional and because plaintiff Leon Thomas, Jr. has not exhausted administrative remedies required to bring a claim against the United States under the Federal Tort Claims Act. ECF No. 24. Thomas did not respond. Consequently, I grant the motion as unopposed. LR 7-2(d).

I THEREFORE ORDER that the defendant's motion to dismiss (ECF No. 24) is GRANTED. The clerk of court is instructed to close this case.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE